THOMPSON, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App.P.; Rule 54(d), Ala. R. Civ. P.; Buchanan v. Stanships, Inc., 485 U.S. 265, 108 S.Ct. 1130, 99 L.Ed.2d 289 (1988); Hinson v. Holt, [Ms. 2970541, Nov. 20, 1998] — So.2d - (Ala.Civ.App.1998); and Littleton v. Gold Kist, Inc., 480 So.2d 1236 (Ala.Civ.App.1985).
Appellee’s motion for damages and attorney’s fees pursuant to Rule' 38, Ala. R.App. P. and §§ 12-19-271 and 12 — 19— 272, Ala.Code 1975, is denied.
ROBERTSON, P.J., and YATES and CRAWLEY, JJ., concur.
MONROE, J., concurs specially.